

FILED by AT D.C.

ELECTRONIC

**Nov 7, 2012**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 12-80206-CR-RYSKAMP/HOPKINS
Case No. _____

**26 U.S.C. § 7206(1)**

UNITED STATES OF AMERICA

vs.

MARY ESTELLE CURRAN,

       Defendant.

_____/

## INFORMATION

    The United States Attorney charges:

### COUNT ONE
(26 U.S.C. § 7206(1))

1.    On or about April 15, 2007, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**MARY ESTELLE CURRAN,**

a resident of Palm Beach, Florida, did willfully make and subscribe a United States Individual Income Tax Return, Form 1040, and accompanying schedules, for calendar year 2006, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, that she did not believe to be true and correct as to every material matter, in that the tax return included false items, to wit: (1) on Schedule B, Part III, line 7a of the 2006 tax return, defendant MARY ESTELLE CURRAN failed to report, as she knew and believed, that she had an interest in or a signature or other authority over financial accounts at UBS AG in Switzerland; and (2) on Line 22 of the Form 1040 of the 2006 tax return,

defendant MARY ESTELLE CURRAN failed to report income which she knew and believed that she had earned on her UBS AG bank accounts.

In violation of Title 26, United States Code, Section 7206(1).

## COUNT TWO
(26 U.S.C. § 7206(1))

2.      On or about April 15, 2008, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

### MARY ESTELLE CURRAN,

a resident of Palm Beach, Florida, did willfully make and subscribe a United States Individual Income Tax Return, Form 1040, and accompanying schedules, for calendar year 2007, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, that she did not believe to be true and correct as to every material matter, in that the tax return included false items, to wit:  (1) on Schedule B, Part III, line 7a of the 2007 tax return, defendant MARY ESTELLE CURRAN failed to report, as she knew and believed, that she had an interest in or a signature or other authority over financial accounts at UBS AG in Switzerland; and (2) on Line 22 of the Form 1040 of the 2007 tax return,

defendant MARY ESTELLE CURRAN failed to report income which she knew and believed that she had earned on her UBS AG bank accounts.

    In violation of Title 26, United States Code, Section 7206(1).


*Thomas J. Mulrihill for*

WIFREDO FERRER
UNITED STATES ATTORNEY


*Richard P. Murad for*

MARK F. DALY
SENIOR LITIGATION COUNSEL


*Richard P. Murad for*

MICHELLE M. PETERSEN
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
TAX DIVISION


*Richard P. Murad for*

THOMAS LANIGAN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | |
| MARY ESTELLE CURRAN, | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| **Defendant.** _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

|  | | | New Defendant(s) | Yes _____ | No _____ |
|---|---|---|---|---|---|
| _____ Miami | _____ Key West | | Number of New Defendants | | _____ |
| _____ FTL | _X_ WPB | _____ FTP | Total number of counts | | _____ |

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:      (Yes or No)      NO
    List language and/or dialect      English

4.  This case will take   2-3   days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)

    | | | | (Check only one) | |
    |---|---|---|---|---|
    | I | 0 to 5 days | _X_ | Petty | _____ |
    | II | 6 to 10 days | _____ | Minor | _____ |
    | III | 11 to 20 days | _____ | Misdem. | _____ |
    | IV | 21 to 60 days | _____ | Felony | _X_ |
    | V | 61 days and over | _____ | | |

6.  Has this case been previously filed in this District Court? (Yes or No)   No
    If yes:
    Judge: _____   Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?      (Yes or No)   No
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____   District of _____

    Is this a potential death penalty case? (Yes or No)      No

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes   _X_ No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____ Yes   _X_ No

_____
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5500033

\*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **MARY ESTELLE CURRAN**        **Case No:** _____

Count #: 1-2

  Declaration under Penalties of Perjury; _____

  In violation of Title 26  United States Code, Section 7206(1) _____

* **Max.Penalty**: _3 years imprisonment; $100, 000 fine and the cost of prosecution; and 1 year_
                _supervised release_

Count #:

_____

_____

**\*Max. Penalty:**

Count #:

_____

_____

**\*Max. Penalty:**

Count #:

_____

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 12-80206-CR-RYSKAMP/HOPKINS |
| MARY ESTELLE CURRAN, | ) | |
| | ) | |
| *Defendant.* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Nathan J. Hochman
_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

,United States Magistrate Judge
_____
*Judge's printed name and title*